**In re Leonard I. FISCHER, Debtor.**

**KEY BAR INVESTMENTS, INC., Appellant,**

v.

**Leonard I. FISCHER, Appellee.**

**No. 96–55003.**

United States Court of Appeals,
Ninth Circuit.

Sept. 24, 1997.

### ORDER

Prior report: 116 F.3d 388.

The opinion in the above case, filed on June 16, 1997, is amended as follows:

At slip op. 7005, line 2 [116 F.3d at 390, left column, second full paragraph], delete the word "district" and insert the word "bankruptcy" in its place.

**John PAPAI, Joanna Papai, Plaintiffs–Appellants,**

v.

**HARBOR TUG AND BARGE COMPANY, Defendant–Appellee.**

**No. 93–15132.**

United States Court of Appeals,
Ninth Circuit.

Sept. 24, 1997.

Before: POOLE,[1] REINHARDT, Circuit Judges, and TAKASUGI,[2] District Judge.

This case is remanded to the District Court for proceedings consistent with *Harbor Tug & Barge Co. v. Papai,* —— U.S. ——, 117 S.Ct. 1535, 137 L.Ed.2d 800 (1997), *reversing* 67 F.3d 203 (9th Cir. 1995).